IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STERLING BANK, a Division of Synovus Bank, a Georgia banking corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:15cv540-MHT (WO) |
| JOSEPH L. HERROD, an individual, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Defendant A. Chandler Muller, II having made a suggestion of bankruptcy (doc. no. 13) and counsel for the parties having orally informed the court during an on-the-record conference call that they do not object to this order, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant A. Chandler Muller, II is dismissed and terminated without prejudice to the right of any party to petition to reinstate this defendant as a party to pursue any claim embraced herein not

adjudicated in or discharged by proceedings in the bankruptcy court;

(2) That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action against said party; and

(3) That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement.

The clerk of court is DIRECTED to mail a copy of this order to the bankruptcy court.

This case is not closed.

DONE, this the 25th day of November, 2015.

                /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE