IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STERLING BANK, a Division of Synovus Bank, a Georgia banking corporation, )<br>)<br>)<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>)<br>JOSEPH L. HERROD, an individual, BROBST MEDICAL, INC., an Alabama corporation, and CHANDLER & ALECIA, INC., an Alabama corporation, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:15cv540-MHT<br>(WO) |

## JUDGMENT

In accordance with two opinions issued today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Sterling Bank's motion for summary judgment against defendant Joseph L. Herrod (doc. no. 25) is granted.

(2) Plaintiff Sterling Bank's motion for default judgment against defendant Brobst Medical, Inc. (doc. no. 26) is granted.

(3) Plaintiff Sterling Bank's motion for default judgment against defendant Chandler & Alecia, Inc. (doc. no. 27) is granted.

(4) Judgment is entered in favor of plaintiff Sterling Bank and against defendants Herrod, Brobst Medical, Inc., and Chandler & Alecia, Inc.

(5) On the guaranties to pay PriMed Physicians, Inc.'s note, plaintiff Sterling Bank shall recover from defendants Herrod, Brobst Medical, Inc., and Chandler & Alecia, Inc., money damages in the total amount of $ 801,631.34 (which includes the principal amount of $ 783,295.96, plus accrued interest of $ 17,835.38, and late fees of $ 500.00), plus interest accruing at $ 92.47 per day from November 7, 2015, attorneys' fees of $ 40,081.57, and reasonable costs.

(6) On the guaranties to pay PriMed Physicians, Inc.'s credit card, plaintiff Sterling Bank shall

recover from defendants Herrod, Brobst Medical, Inc., and Chandler & Alecia, Inc., money damages in the amount of $ 5,457.49, plus attorneys' fees of $ 272.87 and reasonable costs.

(7) On the guaranty to pay the note of Central Alabama Primary Care Specialists, LLLP, plaintiff Sterling Bank shall recover from defendant Herrod money damages in the amount of $ 1,180,371.78 (including the principal amount of not less than $ 1,162,192.06, plus accrued interest of $ 16,679.72, and late fees of $ 1,500.00), plus interest accruing at $ 137.85 per day from November 7, 2015, attorneys' fees of $ 59,018.59, and reasonable costs.

(8) Court costs are taxed against defendants Herrod, Brobst Medical, Inc., and Chandler & Alecia, Inc., which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 19th day of February, 2016.**

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**